U.S. Bank Trust, N.A. v Shayesteh (2023 NY Slip Op 02212)

U.S. Bank Trust, N.A. v Shayesteh

2023 NY Slip Op 02212

Decided on April 28, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 28, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, CURRAN, OGDEN, AND GREENWOOD, JJ.

230 CA 22-00669

[*1]U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF11 MASTER PARTICIPATION TRUST, PLAINTIFF-APPELLANT,
v
PIROOZEH SHAYESTEH, ALSO KNOWN AS PIROOZEH K. SHAYESTEH, ALSO KNOWN AS PIA NAULT, ALSO KNOWN AS PIA SHAYESTEH, INDIVIDUALLY AND AS TRUSTEE OF THE JAFAR SHAYESTEH AND PIROOZEH SHAYESTEH FAMILY TRUST, DATED JULY 7, 1999, DEFENDANT-RESPONDENT, ET AL., DEFENDANTS. 

FRIEDMAN VARTOLO LLP, GARDEN CITY (JULIANA THIBAUT OF COUNSEL), FOR PLAINTIFF-APPELLANT. 
ADAMS LECLAIR, LLP, ROCHESTER (RICHARD T. BELL, JR., OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an order of the Supreme Court, Ontario County (Craig J. Doran, J.), entered March 15, 2022. The order denied the motion of plaintiff for summary judgment. 
Now, upon the stipulation of discontinuance signed by the attorneys for the parties on January 19 and 20, 2023, and filed in the Ontario County Clerk's Office on January 23, 2023,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: April 28, 2023
Ann Dillon Flynn
Clerk of the Court